*In re Dependency of A.D. et al.*, No. 93222-1. Motion for discretionary review of a decision of the Court of Appeals, Nos. 73055-0-I, 73056-8-I, 73057-6-I, 73157-2-I, 73158-1-I, and 73159-9-I, April 18, 2016, 193 Wn. App. 445. *Denied* September 15, 2016.

*State, Respondent, v. Johnson, Petitioner*, No. 93453-3. Petition for review of a decision of the Court of Appeals, No. 73113-1-I, June 6, 2016, 194 Wn. App. 1020. *Granted* December 7, 2016.

*State, Respondent, v. Guzman, Petitioner*, No. 92812-6. Petition for review of a decision of the Court of Appeals, No. 31965-2-III, January 26, 2016, 192 Wn. App. 1028. *Denied* December 7, 2016.

*No on I-502 et al., Petitioners, v. Wash. NORML et al., Respondents*, No. 93227-1. Petition for review of a decision of the Court of Appeals, No. 46640-6-II, April 12, 2016, 193 Wn. App. 368. *Denied* December 7, 2016.

*State, Respondent, v. Stewart, Petitioner*, No. 93386-3. Petition for review of a decision of the Court of Appeals, No. 73163-7-I, April 25, 2016, 193 Wn. App. 1034. *Denied* December 7, 2016.

*Anderson, Petitioner, v. Walla Walla Police Dep't, Respondent*, No. 93418-5. Petition for review of a decision of the Court of Appeals, No. 33783-9-III, June 30, 2016, 194 Wn. App. 1047. *Denied* December 7, 2016.

*State, Respondent, v. Lewis, Petitioner*, No. 93420-7. Petition for review of a decision of the Court of Appeals, No. 72637-4-I, June 27, 2016, 194 Wn. App. 709. *Denied* December 7, 2016.

*Larson et al., Respondents, v. State, Petitioner*, No. 93421-5. Petition for review of a decision of the Court of Appeals, No. 33179-2-III, June 28, 2016, 194 Wn. App. 722. *Denied* December 7, 2016.